# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-10547
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 30, 2015

Lyle W. Cayce
Clerk

In the Matter of:  TIMOTHY MICHAEL FRAZIN,
                                        Debtor

----------------------------

TIMOTHY MICHAEL FRAZIN,

Appellant

v.

HAYNES & BOONE, L.L.P.; NINA CORTELL; WARREN DODSON;
GRIFFITH & NIXON, P.C.; SCOTT GRIFFITH,

Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CV-938

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

We affirm the judgment of the district court dismissing Timothy Frazin's Deceptive Trade Practices Act claim for essentially the reasons stated by Judge Godbey's order filed April 16, 2014.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.